UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBERT KEARNS,<br><br>    Petitioner,<br>  vs.<br>LINDA SANDERS, Warden,<br>    Respondent.<br>_____ | Case No. CV 11-9252 SVW (MRW)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: _April 30, 2013_

            _____
            HON. STEPHEN V. WILSON
            UNITED STATES DISTRICT JUDGE